# No. *17*-3046

## United States Court of Appeals

## for the Tenth Circuit

**ERIC S. CLARK, JONATHAN CLARK**

Plaintiffs-Appellants

v.

**CITY OF SHAWNEE, KANSAS**

Defendant-Appellee

Appeal from the U.S. District Court

for the District of Kansas

The Honorable Sam A. Crow, District Judge

( 5:15-cv-04965-SAC )

### RESPONSE TO
### APPELLEE'S MOTION FOR EXTENSION OF DEADLINE

**Eric S. Clark ( pro se )**
1430 Highway K 273
Williamsburg, Kansas 66095
Phone: (785) 214-8904

**Jonathan Clark ( pro se )**
6800 Maurer Road
Shawnee, Kansas 66217
Phone: (913) 951-6425

1. As Appellee("City") correctly pointed out, "Five days after the City filed its Motion to Dismiss, the Clerk of the Court sent out a letter to the Clarks stating, *inter alia*, that the Clarks had 40 days from the date of the letter to file their opening brief." [APPELLEE'S MOTION FOR EXTENSION OF DEADLINE("Motion"), p. 2 )] Clearly, if there was an automatic extension, the Clerk's letter put Appellants on reasonable notice that any such extension would no longer be applicable. Appellants; therefore, filed their brief in order for it to be timely and to avoid filing any disfavored motion for extension of time.

2. The City "concedes that it could be reasonable to conclude that the Clerk's letter was meant to indicate that the Court decided to move forward with briefing and rule on the City's Motion to Dismiss at a later date." ["Motion", p. 2] When it is reasonable to draw multiple possible conclusions based on communication from the Court, the prudent litigant is going to err on the side of that conclusion which, if wrongly drawn, would result in lesser prejudice. Had Appellants ignored the letter from the Clerk and waited for the Court to address Appellee's Motion to Dismiss, the sanctions for failing to file a timely brief could be much greater.

3. Appellee stated that –

> 'While it is true that "[e]xtensions of time to file briefs are disfavored," as stated in 10th Cir. R. 27.5(A) and 10th Cir. R. 31.4, this is not a request for additional time, but a request that the City's briefing period not run while its Motion to Dismiss is pending.'
> [ Motion, p. 3 ]

That phrasing is simply making a distinction without a difference. The City incorrectly claims that "[i]f this motion were granted, there would be no prejudice to either party."[Motion, p. 3] As the Court will see, the timeframe for filing the brief of Appellant has caused Appellants to not only stir in many grammatical errors by attempting to quickly chop down a large brief into a small one after a motion to exceed the size limit was denied by the Court, but Appellants were also unable to squeeze in all issues, being determined to avoid filing any disfavored motions(such as for an extension of time). Additionally, other activities (including holding a scheduling conference in an unrelated case) precluded the time available to essentially re-write Appellants' large (though incomplete) brief into a smaller version.

4. Lastly, and most importantly, Appellee's indication that granting this motion would allow "a potentially dispositive motion to be decided before the City has to incur the substantial amount of attorney's fees that will be necessary to respond to the Clarks' 53-page opening brief" [Motion, p. 3] appears disingenuous because the City's insurance company is covering the costs of attorney's fees as clearly indicated by Dexter L. Holt (Claim Professional) in emails between the City on February 11, 2016 (See emails attached as Exhibit A) including mention that "Dexter states that they are taking control of litigation and defense".  Appellee's motion to extend the deadline for the briefing schedule appears to be frivolous as it would be inconceivable that the insurance company's legal work would be placed on hold, or insubstantial, pending approval of the City to expend additional resources on legal work after the City had already relinquished control over litigation to the insurance carrier.

5. The Court should deny Appellee's Motion for extension of deadline.

Respectfully submitted,

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

Jonathan Clark, 6800 Maurer Road, Shawnee, Kansas [66217] 913-951-6425

# CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

I/we hereby certify that:

1. This motion complies with the type-volume imitation of Fed. Rules. App. P. 27(d)(2)(A) because this motion does not exceed 5,200 words (specifically **595** words), excluding the parts exempted by Fed. Rules App. P. 27(a)(2)(B).

2. This motion complies with the typeface requirements of Fed. Rules App. P. 32(a)(5) and the type style requirements of Fed. Rules App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman typeface.

Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

Jonathan Clark, 6800 Maurer Road, Shawnee, Kansas [66217] 913-951-6425

# No. *17*-3046

## United States Court of Appeals

## for the Tenth Circuit

**ERIC S. CLARK, JONATHAN CLARK**
Plaintiffs-Appellants
v.
**CITY OF SHAWNEE, KANSAS**

Defendant-Appellee

Appeal from the U.S. District Court

for the District of Kansas

The Honorable Sam A. Crow, District Judge

( 5:15-cv-04965-SAC )

**EXHIBIT A**

Appellate Case: 17-3046    Document: 01019797735    Date Filed: 04/20/2017    Page: 7

10/20/2016    Rainey Law Mail - RE: SUMMONS-Clm #EZK7559 Insd: City of Shawnee, KS RE: Clark vs. City of Shawnee

# RAINEY

Ellis Rainey <ellisrainey@raineylaw.org>

## RE: SUMMONS-Clm #EZK7559 Insd: City of Shawnee, KS RE: Clark vs. City of Shawnee

**Holt,Dexter L** <DLHOLT@travelers.com>      Thu, Feb 11, 2016 at 9:56 AM
To: "Ellis Rainey (ellisrainey@raineylaw.org)" <ellisrainey@raineylaw.org>
Cc: "Stobaugh, Carol" <cstobaugh@cbiz.com>

Ellis,

I just wanted to follow up on this case. As we discussed Travelers is picking up the defense and indemnity of the City OF Shawnee for this claim effective from December 4, 2015, the day Travelers received notice of the Lawsuit. Travelers will be handling the entire matter and will not be splitting indemnity and defense with the current insurance company. At this time there are no Reservation of Rights regarding the defense and indemnity. Should an amended complaint be filed, it will be reviewed for any coverage issues. We will continue with Mike Seck at Fisher and Patterson as the defense counsel on this matter. Please let me know if you have any questions.

**Dexter L. Holt | Claim Professional**

Travelers

P.O. Box 3204 | 2nd Fl

Naperville, Illinois 60566

W: 630.961.6514    F: 877.795.9975



**From:** Stobaugh, Carol [mailto:cstobaugh@cbiz.com]
**Sent:** Friday, December 04, 2015 10:19 AM
**To:** Holt,Dexter L
**Subject:** SUMMONS-Clm #EZK7559 Insd: City of Shawnee, KS RE: Clark vs. City of Shawnee
**Importance:** High

Dexter:

Per our phone conversation, please find the summons served on insured Dec 1 with an answer due Dec 21.

Also, we have sent this to the current liability carrier for the City as well.

# RAINEY

Ellis Rainey <ellisrainey@raineylaw.org>

## FW: EZK7559, Eric Clark v. City of Shawnee

**Donna Ferraro** <Donna_Ferraro@gbtpa.com>  Thu, Feb 11, 2016 at 9:50 AM
To: "Bachman, David" <David.Bachman@britinsurance.com>
Cc: Ellis Rainey <ellisrainey@raineylaw.org>

David/Ellis

Please see below email that Dexter sent to defense.

**Donna Ferraro | Senior Resolution Manager– Branch #177 | Gallagher Bassett**

PO Box 7110, Oakbrook Terrace, IL 60181

Office: 630-932-3400 Ext 8544 | Direct: 630-282-8544 | Fax: 630-932-4223

E-mail: Donna_Ferraro@gbtpa.com

Alternate Point of Contact: James_Cronin@gbtpa.com

**From:** Holt,Dexter L [mailto:DLHOLT@travelers.com]
**Sent:** Thursday, February 11, 2016 9:49 AM
**To:** Mike Seck
**Cc:** Donna Ferraro
**Subject:** EZK7559, Eric Clark v. City of Shawnee

Mike,

We have reviewed the coverage of this lawsuit and Travelers is assuming full responsibility for the defense and indemnity of this file effective December 4, 2015, which was the day that we were notified that suit was filed. Please make the appropriate changes to your file and remove Ms. Ferraro from the correspondence list for this file going forward. Please let me know if you have any questions.

**Dexter L. Holt | Claim Professional**

Travelers

P.O. Box 3204 | 2nd Fl

Naperville, Illinois 60566

W: 630.961.6514   F: 877.795.9975

# RAINEY

Ellis Rainey <ellisrainey@raineylaw.org>

## RE: City of Shawnee, EZK1559 GB Claim# 004501-002468-PP-01 CLARK
7 messages

**Donna Ferraro** <Donna_Ferraro@gbtpa.com>  Thu, Feb 11, 2016 at 9:47 AM
To: Ellis Rainey <ellisrainey@raineylaw.org>

Ellis

Please see below emails. Dexter states that they are taking control of litigation and defense but he does not state anything about the indemnification.

I will discuss with defense attorney to see if he has advised defense that they are taking over.

**Donna Ferraro | Senior Resolution Manager– Branch #177 | Gallagher Bassett**

PO Box 7110, Oakbrook Terrace, IL 60181

Office: 630-932-3400 Ext 8544 | Direct: 630-282-8544 | Fax: 630-932-4223

E-mail: Donna_Ferraro@gbtpa.com

Alternate Point of Contact: James_Cronin@gbtpa.com

**From:** Holt,Dexter L [mailto:DLHOLT@travelers.com]
**Sent:** Thursday, February 11, 2016 9:40 AM
**To:** Donna Ferraro
**Subject:** RE: City of Shawnee, EZK1559

Donna,

Sorry for the Typo. Travelers is assuming the control of this litigation and defense of this matter.

**Dexter L. Holt | Claim Professional**

Travelers

P.O. Box 3204 | 2nd Fl

Naperville, Illinois 60566

W: 630.961.6514   F: 877.795.9975



**From:** Donna Ferraro [mailto:Donna_Ferraro@gbtpa.com]
**Sent:** Thursday, February 11, 2016 9:34 AM
**To:** Holt,Dexter L
**Subject:** RE: City of Shawnee, EZK1559

Dexter

I am not sure what you are stating in your email. Not sure what this means "Have no denied coverage"

My understanding is that the City of Shawnee has asked you for a position statement on coverage and to date they have not received it.

I am not sure why Travelers would not handle the defense and indemnity 100% if you acknowledge that you were put on notice of this claim in December 2013.

We are not looking to share the cost or control of litigation since Travelers insurance coverage should apply and Travelers should handle this 100% for the city of Shawnee.

We have hired a defense attorney to make sure that City of Shawnee was protected. Please advise Travelers position on coverage and if Travelers will be taking over the defense and Indemnification for the City Of Shawnee.

Thanks

**Donna Ferraro | Senior Resolution Manager– Branch #177  | Gallagher Bassett**

PO Box 7110, Oakbrook Terrace, IL 60181

Office: 630-932-3400 Ext 8544 | Direct: 630-282-8544 | Fax: 630-932-4223

E-mail: Donna_Ferraro@gbtpa.com

Alternate Point of Contact: James_Cronin@gbtpa.com

**From:** Holt,Dexter L [mailto:DLHOLT@travelers.com]
**Sent:** Thursday, February 11, 2016 7:28 AM
**To:** Donna Ferraro
**Subject:** City of Shawnee, EZK1559

Donna,

I understand the current Insurance Company for the City of Shawnee has refused to share expenses on this claim. Have no denied coverage. If you are not willing to share the cost of defense Travelers of course will not share the control of litigation. Please let me know what your participation will be going forward.

**Dexter L. Holt | Claim Professional**

Travelers

P.O. Box 3204 | 2nd Fl

Naperville, Illinois 60566

W: 630.961.6514   F: 877.795.9975



---

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

---

**Ellis Rainey** <ellisrainey@raineylaw.org>                                     Thu, Feb 11, 2016 at 11:11 AM
To: "Monte Giddings (CBIZ B&amp,I KC)" <mgiddings@cbiz.com>
Cc: Amy Rainey <amyrainey@raineylaw.org>, DEBBIE KELLY <dkelly@ci.shawnee.ks.us>, vicki charlesworth <vcharlesworth@ci.shawnee.ks.us>, Maureen Rogers <MRogers@ci.shawnee.ks.us>

Monte,

I am not sure the City should have any involvement in this disagreement?  Do you advise or have thoughts to the contrary?

Donna sends me notes wanting me to get involved, but it sure seems unwarranted on our part?
[Quoted text hidden]
--
Ellis Rainey
13851 West 63rd Street, #161
Shawnee, Kansas 66216
(913) 962-8800
ellisrainey@raineylaw.org

---

**Ellis Rainey** <ellisrainey@raineylaw.org>                                     Thu, Feb 11, 2016 at 11:11 AM
To: Donna Ferraro <Donna_Ferraro@gbtpa.com>

thank you Donna.  I appreciate the update.
[Quoted text hidden]
--
Ellis Rainey
13851 West 63rd Street, #161
Shawnee, Kansas 66216
(913) 962-8800

ellisrainey@raineylaw.org

---

**Donna Ferraro** <Donna_Ferraro@gbtpa.com>    Thu, Feb 11, 2016 at 11:44 AM
To: Ellis Rainey <ellisrainey@raineylaw.org>

Ellis

Please see attached email Dexter sent to defense stating they are taking over handling defense and indemnity.

**Donna Ferraro | Senior Resolution Manager– Branch #177 | Gallagher Bassett**

PO Box 7110, Oakbrook Terrace, IL 60181

Office: 630-932-3400 Ext 8544 | Direct: 630-282-8544 | Fax: 630-932-4223

E-mail: Donna_Ferraro@gbtpa.com

Alternate Point of Contact: James_Cronin@gbtpa.com

**From:** Ellis Rainey [mailto:ellisrainey@raineylaw.org]
**Sent:** Thursday, February 11, 2016 11:12 AM
**To:** Donna Ferraro
**Subject:** Re: City of Shawnee, EZK1559 GB Claim# 004501-002468-PP-01 CLARK

[Quoted text hidden]

---------- Forwarded message ----------
From: "Holt, Dexter L" <DLHOLT@travelers.com>
To: Mike Seck <mseck@fisherpatterson.com>
Cc: Donna Ferraro <Donna_Ferraro@gbtpa.com>
Date: Thu, 11 Feb 2016 15:49:02 +0000
Subject: EZK7559, Eric Clark v. City of Shawnee

Mike,

We have reviewed the coverage of this lawsuit and Travelers is assuming full responsibility for the defense and indemnity of this file effective December 4, 2015, which was the day that we were notified that suit was filed. Please make the appropriate changes to your file and remove Ms. Ferraro from the correspondence list for this file going forward. Please let me know if you have any questions.

**Dexter L. Holt | Claim Professional**

Travelers

P.O. Box 3204 | 2nd Fl

Naperville, Illinois 60566

W: 630.961.6514   F: 877.795.9975

**TRAVELERS**

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

📎 **noname.eml**
11K

---

**Ellis Rainey** <ellisrainey@raineylaw.org>                                  Thu, Feb 11, 2016 at 11:49 AM
To: Donna Ferraro <Donna_Ferraro@gbtpa.com>
Cc: Amy Rainey <amyrainey@raineylaw.org>, "Monte Giddings (CBIZ B&amp,I KC)" <mgiddings@cbiz.com>

thank you Donna!

> [Quoted text hidden]
>> [Quoted text hidden]
>> ---------- Forwarded message ----------
>> From: "Holt,Dexter L" <DLHOLT@travelers.com>
>> To: Mike Seck <mseck@fisherpatterson.com>
>> Cc: Donna Ferraro <Donna_Ferraro@gbtpa.com>
>> Date: Thu, 11 Feb 2016 15:49:02 +0000
>> Subject: EZK7559, Eric Clark v. City of Shawnee
>>
>> Mike,
>>
>>
>> We have reviewed the coverage of this lawsuit and Travelers is assuming full responsibility for the defense and indemnity of this file effective December 4, 2015, which was the day that we were notified that suit was filed. Please make the appropriate changes to your file and remove Ms. Ferraro from the correspondence list for this file going forward. Please let me know if you have any questions.
>>
>>
>> **Dexter L. Holt | Claim Professional**
>>
>> Travelers
>>
>> P.O. Box 3204 | 2nd Fl
>>
>> Naperville, Illinois 60566
>>
>> W: 630.961.6514   F: 877.795.9975

**TRAVELERS**

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

--
Ellis Rainey
13851 West 63rd Street, #161
Shawnee, Kansas 66216
(913) 962-8800
ellisrainey@raineylaw.org

---

**Giddings, Monte** <mgiddings@cbiz.com>                                                Thu, Feb 11, 2016 at 1:17 PM
To: Ellis Rainey <ellisrainey@raineylaw.org>
Cc: Amy Rainey <amyrainey@raineylaw.org>, DEBBIE KELLY <dkelly@ci.shawnee.ks.us>, vicki charlesworth
<vcharlesworth@ci.shawnee.ks.us>, Maureen Rogers <MRogers@ci.shawnee.ks.us>, "McGuire, Tom"
<TFMcGuire@cbiz.com>, "Stobaugh, Carol" <cstobaugh@cbiz.com>

Ellis,

I would agree. As your broker, we should resolve any conflict between the insuring parties for you.

It looks like Travelers is taking over anyway, so we should not be required to weigh in unless the conflict arises again.

Let me know if we can help.


**Monte C. Giddings, CIC, ARM**

Vice President CBIZ Insurance Services

Public Entity Practice Leader


e: mgiddings@cbiz.com

p: (816) 945-5554




**From:** Ellis Rainey [mailto:ellisrainey@raineylaw.org]
**Sent:** Thursday, February 11, 2016 11:12 AM
**To:** Giddings, Monte
**Cc:** Amy Rainey; DEBBIE KELLY; vicki charlesworth; Maureen Rogers
**Subject:** Fwd: City of Shawnee, EZK1559 GB Claim# 004501-002468-PP-01 CLARK

[Quoted text hidden]

---

**Ellis Rainey** <ellisrainey@raineylaw.org>　　　　　　　　　　　　　　　　　　　Thu, Feb 11, 2016 at 1:20 PM
To: "Giddings, Monte" <mgiddings@cbiz.com>
Cc: Amy Rainey <amyrainey@raineylaw.org>, DEBBIE KELLY <dkelly@ci.shawnee.ks.us>, vicki charlesworth <vcharlesworth@ci.shawnee.ks.us>, Maureen Rogers <MRogers@ci.shawnee.ks.us>, "McGuire, Tom" <TFMcGuire@cbiz.com>, "Stobaugh, Carol" <cstobaugh@cbiz.com>

Thank you Monte.

Appreciate your help as always.
[Quoted text hidden]

# CERTIFICATE OF SERVICE

I/we hereby certify that, on April 18, 2017,

service was made by mailing a true and correct copy of the foregoing

RESPONSE TO APPELLEE'S MOTION FOR EXTENSION OF DEADLINE

by deposit in the United States Mail, Postage prepaid, addressed to

each of the following:

Michael K. Seck, Christopher B. Nelson,
FISHER, PATTERSON, SAYLER & SMITH, LLP
Building 51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210

Ellis Rainy
13851 West 63rd Street, #161
Shawnee, Kansas 66216

Karen Torline
Assistant City Attorney
City of Shawnee, Kansas
5860 Renner Road
Shawnee, Kansas 66217

And the original and three copies to:

Clerk, The United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257


Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

*/s/ Eric S. Clark*

Jonathan Clark, 6800 Maurer Road, Shawnee, Kansas [66217] 913-951-6425

*/s/ Jonathan Clark*