# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 8, 2018

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257


Re:  Jonathan Clark, et al.
     v. City of Shawnee, Kansas
     No. 17-968
     (Your No. 17-3046)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 4, 2018 and placed on the docket January 8, 2018 as No. 17-968.


Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst